# Court of Appeals
# of the State of Georgia

ATLANTA, October 24, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0105. MILTON JOHNSON v. THE STATE.**

Milton Johnson was convicted of burglary in 2006. We affirmed his convictions in 2008. *Johnson v. State*, 290 Ga. App. 255 (659 SE2d 638) (2008). In June 2019, Johnson filed an extraordinary motion for new trial. The trial court dismissed the motion on June 11, 2019, and Johnson filed this application for discretionary appeal on October 1, 2019.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Johnson filed his application 112 days after the trial court's order was entered. His application is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/24/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.